# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133392

OTIS CURRETHERS,
        Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
        Defendant.

_____/

SC: 133392
AGC: 3023/06

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

      On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

s0521